```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

  IN RE:                                          CASE NO. 06 B 00484
    Y PAMELA SHADELL
                                                  CHAPTER 13

                                                  JUDGE: A. BENJAMIN GOLDGAR
          Debtor
    SSN XXX-XX-1071


  -----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
  -----------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
  Final Report and Account of the administration of the estate pursuant to
  11 USC 1302(b)(1).

       1.   The case was filed on 01/19/06 and confirmed on 03/31/06.

       2.   The case was dismissed after confirmation, 07/18/2008.

       3.   The Debtor paid a total of $  73440.00 .

       4.   The Trustee made disbursements to creditors as follows:

  -----------------------------------------------------------------------------
  CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
  -----------------------------------------------------------------------------
  COUNTRYWIDE FINANCIAL      CURRENT MORTG    53234.54             .00      53234.54
  COUNTRYWIDE FINANCIAL      MORTGAGE ARRE    20497.67             .00      14550.58
  INTERNAL REVENUE SERVICE   PRIORITY         12796.35             .00           .00
  ASPIRE VISA                UNSECURED         2529.52             .00           .00
  ECAST SETTLEMENT CORPORA   UNSECURED         7369.10             .00           .00
  ECAST SETTLEMENT CORP      UNSECURED          669.41             .00           .00
  ASSET ACCEPTANCE CORP      UNSECURED         3185.45             .00           .00
          Summary of disbursements:
  -----------------------------------------------------------------------------
                      SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
  -----------------------------------------------------------------------------
  TOTAL CLMS ALLOWED  73732.21     12796.35    13753.48         .00      100282.04
  PRINCIPAL PAID      67785.12          .00         .00         .00       67785.12
  INTEREST PAID            .00          .00         .00         .00             .00
  TOTAL PAID          67785.12          .00         .00         .00       67785.12
  The Debtor's attorney, PETER  FRANCIS  GERACI          , was allowed $   3000.00
  and was paid $   3000.00  direct and $       .00  through the plan.

  The Trustee received $   2594.88 .

  Refunds to the Debtor totaled $   3060.00 .

       Wherefore, the Trustee requests an order be entered discharging
  the Trustee and the surety on his bond from any further liability
  in this case.



     Dated: 10/08/08                     /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
CASE NO. 06 B 00484 Y PAMELA SHADELL
```